David J. McGlothlin, Esq. (SBN: 026059)
david@southwestlitigation.com
**Hyde & Swigart**
5343 N. 16th Street, Ste. 460
Phoenix, Arizona 85016
Telephone:   (602) 265-3332
Facsimile:    (602) 230-4482

Attorneys for the Plaintiffs
Jether and Brittany Dodd

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Jether Dodd and Brittany Dodd<br><br>                          Plaintiffs,<br>v.<br><br>Stoneleigh Recovery Associates, LLC<br><br>                          Defendant. | **Case No.: 2:10-cv-02149-DGC**<br><br>**NOTICE OF SETTLEMENT** |

   PLEASE TAKE NOTICE that Plaintiffs, Jether and Brittany Dodd, and Defendant Stoneleigh Recovery Associates, LLC, have just settled the above-entitled matter in its entirety. The parties anticipate filing a Notice of Dismissal, with prejudice, as to the entire lawsuit, no later than 30 days from the date of this Notice, or sooner as the terms of the settlement agreement are completed.

| | |
|---|---|
| Date: March 8, 2011 | **Hyde & Swigart** |
| | By: __/s/ David J. McGlothlin___ |
| | David J. McGlothlin |
| | Attorneys for the Plaintiff |